# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAKO SURGICAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANMORE IMPLANTS WORLDWIDE, ) <br> STANMORE INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-10635 <br><br> **NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mako Surgical Corp. hereby voluntarily dismisses without prejudice the above-entitled action against Defendants Stanmore Implants Worldwide and Stanmore Inc. before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 16, 2013                              Respectfully submitted,

/s/ Lisa G. Arrowood
Lisa G. Arrowood (BBO # 022330)
larrowood@arrowoodpeters.com
Katherine A.K. Mumma (BBO # 665009)
kmumma@arrowoodpeters.com
ARROWOOD PETERS LLP
10 Post Office Square
Suite 1180 North
Boston, MA  02109
Phone: (617) 849-6200
Facsimile: (617) 849-6201

Alexander J. Hadjis
AHadjis@mofo.com
Johnny C. Chiu
JChiu@mofo.com
Joshua A. Hartman

JHartman@mofo.com
Laura B. Heiman
LHeiman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, DC 20006
Phone: (202) 887-1500
Facsimile: (202) 887-0763


Counsel for Plaintiff
MAKO SURGICAL CORP.